NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JULIE E. PEARSON,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2011-3104

---

Petition for review of the Merit Systems Protection Board in case no. CH1221090692-W-1.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Julie E. Pearson moves to compel the Merit Systems Protection Board to produce various documents and makes arguments concerning asserted ex parte communications, etc. The Department of Veterans Affairs opposes. Pearson replies.

Pearson's arguments and motion raise matters that may be raised in the briefs, related to Pearson's assertions

about her hearing and other issues including whether there are discrepancies in the transcript. Because the issues may be raised in the briefs with the other issues in the case, Pearson has not shown that the matter should be addressed by motion.

Accordingly,

IT IS ORDERED THAT:

The motion is denied without prejudice to Pearson discussing the issues in the briefs.

FOR THE COURT

SEP 0 2 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Julie E. Pearson
    Christopher A. Bowen, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 02 2011

JAN HORBALY
CLERK